467 A.2d 64

Commonwealth v. Lewis, Appellant.

Submitted July 26, 1983. A. Charles Peruto, Jr., for

appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Order affirmed.